IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-00481-WYD-2

UNITED STATES OF AMERICA,
      Plaintiff,

v.

2. RODERICK SCHULTZ,

      Defendant.

---

**AMENDED GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT SHULTZ'S MOTION FOR A NEW TRIAL
BASED UPON NEWLY DISCOVERED EVIDENCE**

---

    The United States hereby files this Amended Government's Motion for Extension of Time to Respond to Defendant Schultz's Motion for a New Trial Based Upon Newly Discovered Evidence in order to correct docket entry under the proper event.

    The United States, by and through undersigned counsel, respectfully requests additional time in which to respond to defendant Schultz's Motion For a New Trial Based Upon Newly Discovered Evidence. In support thereof, the United States states:

    On or about October 21, 2005, defendant Schultz filed the above-styled motion. The Court on December 19, 2005, ordered the United States to respond by January 6, 2006. The motion has seven (7) exhibits attached to it.

The government in its response expects to argue to the Court that the defendant is not entitled to a new trial as a matter of law. Nonetheless, the government needs the additional time requested to conduct its investigation into the veracity of the claims made in the defendant's motion.

It also appears necessary to review trial transcripts of witnesses, reports of prior witness interviews, and court filings before being able to adequately respond to the Motion for a New Trial. As a result, the United States would request an extension of two weeks in which to respond through the close of business on January 20, 2006.

Undersigned counsel has contacted counsel for defendant Schultz (Neil MacFarlane), and he has no objection to the additional time requested.

WHEREFORE, the United States respectfully requests an extension of time to respond to the above described Motion for a New Trial Based Upon Newly Discovered Evidence up to and including January 20, 2006.

Respectfully submitted,

WILLIAM J. LEONE
United States Attorney


By: s/ROBERT E. MYDANS
Robert E. Mydans
Assistant United States Attorney

```
                              U.S. Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, CO 80202
                              Telephone: (303)454-0100
                              FAX: (303) 454-0402
                              E-mail: bob.mydans@usdoj.gov
                              Attorney for Plaintiff
```

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of December 2005 I electronically filed the foregoing AMENDED GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SHULTZ'S MOTION FOR A NEW TRIAL BASED UPON NEWLY DISCOVERED EVIDENCE with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following
e-mail addresses:


Neil MacFarlane
neil_macfarlane_law@yahoo.com


                        S/ Charlotte A. Seaton
                        CHARLOTTE A. SEATON
                        Legal Assistant to Robert E. Mydans
                        U.S. Attorney's Office
                        1225 - 17th Street, Suite 700
                        Denver, Colorado 80202
                        Telephone: (303) 454-0244
                        Fax: (303) 454-0402
                        E-mail address: charlotte.seaton@usdoj.gov