IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00803-WYD
Criminal Action No. 00-cr-00481-WYD

UNITED STATES OF AMERICA,

    v.

ROD SCHULTZ,

    Movant.

---

**ORDER**

---

After preliminary consideration of Movant's Motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **Friday, May 11, 2007**, shall file an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  April 27, 2007

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL
                          UNITED STATES DISTRICT JUDGE