IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00803-WYD
Criminal Action No. 00-cr-00481-WYD

UNITED STATES OF AMERICA,

v.

ROD SCHULTZ,

    Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Daniel, Chief Judge

    Movant Rod Schultz has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    Dated: July 6, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge