IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00481-WYD
Civil Action No. 07-cv-00803-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROD SCHULTZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Rod Schultz' Motion for Reconsideration of Denial of Application for Certificate of Appealability [doc. # 1714] is **DENIED AS MOOT** in light of the fact that the Tenth Circuit granted a certificate of appealability in this case on December 22, 2009.

    Dated:  January 6, 2010.