# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 10, 2011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Rod Schultz
v. United States
No. 10-7714
(Your No. 09-1275)

00CR 481 - WYD

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk